IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | | | |
|---|---|---|---|---|
| IN RE: | Eugenio Penalosa | § | Case Number: | 08-21968-BAM-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT Compass Bank (Secured) hereby gives notice as follows:
Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i)     all notices given or required to be given in the case; and
(ii)     all pleadings and correspondence served or required to be served in this case,

regarding Compass Bank (Secured) should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn:  Compass Bank (Secured) Department
Account:  XXXXXXXXXX5827
P.O. Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for Compass Bank (Secured)
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 379740

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 21st day of October, 2008.

/s/ S. Blair Korschun
S. Blair Korschun

| Trustee: | Company: | Attorney for Debtor: |
|---|---|---|
| Kathleen A Leavitt | Compass Bank (Secured) | Randolph H Goldberg |
| Trustee of the U.S. Bankruptcy Court | 401 West Valley Avenue | Law Office of Randolph H. Goldberg |
| 302 Carson Avenue, Suite 300 | Homewood, AL 35209 | 4000 South Eastern Avenue, Suite 200 |
| Las Vegas, NV 89101 | | Las Vegas, NV 89119 |
| US Trustee: | | |
| Ronald P Cundick | | |
| Trustee of the U.S. Bankruptcy Court | | |
| 600 Las Vegas Blvd. Suite 430 | | |
| Las Vegas, NV 89101 | | |